

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2020

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States v. Ariel Tavarez, et al.*, 19 Cr. 690 (KPF)

Dear Judge Failla:

      In light of the COVID-19 pandemic and its corresponding effects on in person meetings and Court conferences, the parties jointly request an adjournment of the next pretrial conference in the above-referenced case, scheduled for June 23, 2020 at 11:30 a.m., for a period of sixty days. The Government further requests that the time between today and the conference date to be set by the Court be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow defense counsel to continue reviewing the discovery in this case and to allow the parties to continue discussions on pretrial resolutions of this case. The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel for each defendant consents to this request for the exclusion of time.

      Very truly yours,

      GEOFFREY S. BERMAN
      United States Attorney

by: _____
      Aline Flodr/Mollie Bracewell/ Nicholas Chiuchiolo
      Assistant United States Attorney
      (212) 637-1110/-2218/-1247

cc: Counsel of Record for All Defendants (By ECF)

Application GRANTED. The pretrial conference currently scheduled for June 23, 2020, is hereby ADJOURNED to August 20, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The time between June 23, 2020, and August 20, 2020, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial because it will permit Defendants to continue reviewing discovery materials and allow the parties to engage in discussions as to a pretrial resolution of this case.

Dated:     June 11, 2020           SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE