

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

October 7, 2020

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Ariel Tavarez, et al.*, **19 Cr. 690 (KPF)**

Dear Judge Failla:

      In light of the COVID-19 pandemic and its corresponding effects on the ability of pretrial detainees to participate in Court conferences, with the consent of all parties, the Court recently adjourned the next scheduled pretrial conference in the above-referenced case from October 13 to October 23, 2020. The Government requests that the time between October 13, 2020, and October 23, 2020, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow defense counsel to continue reviewing the discovery in this case and to allow the parties to continue discussions on pretrial resolutions of this case. The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel for each defendant consents to this request for the exclusion of time.

                                      Very truly yours,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

by: _____
                                      Aline Flodr/ Mollie Bracewell/ Nicholas Chiuchiolo
                                      Assistant United States Attorney
                                      (212) 637-1110/-2218/-1247

cc: Counsel of Record for All Defendants (By ECF)

Application GRANTED.  It is ORDERED that time is excluded under the Speedy Trial Act between October 13, 2020, and October 23, 2020. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions and permit the parties to consider a pre-trial disposition.

Dated:     October 8, 2020                SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE