UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | 19 Cr. 690 (KPF) |
|---|---|
| -v.- | |
| ARIEL TAVAREZ, | SCHEDULING ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a change of plea hearing on July 6, 2021, at 11:00 a.m. The hearing shall take place by video. Instructions for accessing the videoconference will be shared in advance of the hearing.

SO ORDERED.

Dated: June 28, 2021
       New York, New York

*/s/ Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge